IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BABACAR DIOUF, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:11cv129-ID |
| | ) | (WO) |
| | ) | |
| ERIC HOLDER, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

**<u>ORDER</u>**

On March 2, 2011, the Magistrate Judge issued a Recommendation (Doc. 2) to which no timely objections were made. Upon an independent review of the record and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED and ADJUDGED that:

(1)   The Report and Recommendation of the Magistrate Judge is ADOPTED.

(2)   This case is transferred to the United States District Court Northern District of Alabama.

(3)   The Clerk is DIRECTED to take all necessary steps to effectuate the transfer of Plaintiff's civil action.

DONE this 25th day of March, 2011.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE